UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY ERIXON,  CASE NO. 08-12512
HON. LAWRENCE P. ZATKOFF

    Plaintiff,

v.

EISENBERG & BOGAS, P.C.,

    Defendant.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated June 8, 2009, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 8th day of June, 2009.

    DAVID J. WEAVER
    CLERK OF THE COURT

BY:   s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE